✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

ST. ONGE, EVAN J

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00198-AGH

Case No.    GM1    E2722532/E2722531

USM No.

_____
Defendant's Attorney

**THE DEFENDANT:** ST. ONGE, EVAN J

☑ **THE DEFENDANT** pleaded guilty to count(s)    1 & 2

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-42 | IMPROPER PASSING | 03/06/2026 | 1 |
| OCGA § 40-6-181 | EXCESSIVE SPEED 43/15 reduced to 28/15 | 03/06/2026 | 2 |

☐   Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

|  | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $1,030.00 | $ 20.00 | $ 950.00 | $ 60.00 |

Last Four Digits of Defendant's Soc. Sec. No.:    7961

Defendant's Year of Birth:    1982

City and State of Defendant's Residence:
STAFFORD, VA

06/16/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

06/16/2026
_____
Date